UNITED STATES of America,
Plaintiff-Appellee,

v.

Trayone Maurice BURTON,
Defendant-Appellant.

No. 17-6915

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Trayone Maurice Burton, Appellant Pro Se. Stanley D. Ragsdale, John David Rowell, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trayone Maurice Burton appeals the district court's orders granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Sentencing Guidelines Amendment 782, and denying his motion for reconsideration. We review for abuse of discretion a district court's decision whether to reduce a sentence under § 3582(c)(2), and review de novo a district court's conclusion as to the scope of its legal authority under that provision.

*See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016). We have reviewed the record and discern no abuse of discretion by the district court. Accordingly, we affirm the district court's orders. *See United States v. Burton*, No. 3:07-cr-00773-JFA-1 (D.S.C. Apr. 25, 2017; June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*